# EXHIBIT C

| US8676668B2 | Doordash ("The accused product") |
|---|---|
| 1. A method for mapping population activity, the method comprising: | The accused product practices a method of mapping population activity (e.g. searching for dashers).<br><br><br><br>https://www.doordash.com/en-US<br><br>d. Location Information<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |

| | |
|---|---|
| | We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.<br><br>*c. Customers and Merchants*<br><br>To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |
| detecting wireless mobile devices within a geographic region at two or more different points in time; | The accused product practices detecting wireless mobile devices (e.g., the mobile devices used by dashers) within a geographic region at two or more different points in time (e.g., the app will continuously track and update dasher locations over time).<br><br>**Where's my Dasher?**<br><br>We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.<br><br>https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f |

*d. Location Information*

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

*c. Customers and Merchants*

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

Dash Now: When it's busy out there

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



**A geographical region**

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

| | |
|---|---|
| | Hotspots are displayed on the home screen of the Dasher app as flame icons and the surrounding area will appear red. They are dynamic meaning they change in real-time based on which merchants and zones are the busiest. You can refresh your phone often to see current hotspots. Sometimes hotspots will move and although you can follow them, areas that have been shown as hotspots before often will remain good areas to receive orders. Areas that are not busy will appear grey on the map.<br><br>The Dasher app will show you the hotspot closest to you by default, but you can click the "Show more hotspots" button at the bottom of the screen to see other nearby hotspots in your area.<br><br>https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US |
| discerning a location, speed and direction of the wireless mobile devices within the geographic region to discern a particular location toward which the wireless mobile devices are moving; | The accused product practices discerning a location, speed and direction of the wireless mobile devices (e.g., the app will determine the location, speed and direction of various dashers so that said information can be displayed on the user's device and so that delivery times can be estimated) within the geographic region to discern a particular location toward which the wireless mobile devices are moving.<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location.  The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., dashers with wireless mobile device) are headed.<br><br>*d. Location Information*<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

*c. Customers and Merchants*

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

### Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

### How does this work?

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US

**Dash Now: When it's busy out there**

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



A geographical region

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

| determining, based upon the location, speed, direction and the particular | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., dashers with their mobile devices).<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location.  The parameters calculated are also based on the |
| --- | --- |

| location toward which the wireless mobile devices are moving: | direction in which the wireless mobile devices (e.g., dashers with wireless mobile device) are headed. |
|---|---|
| | *d. Location Information* |
| | To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area. |
| | https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |
| | We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services. |
| | *c. Customers and Merchants* |
| | To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants. |
| | https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

### Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

### How does this work?

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US



Dash Now: When it's busy out there

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.

**A geographical region**

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

| a time at which goods or services are to be made available; | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., dashers with their mobile devices) to determine a time (e.g., an estimated time of arrival (ETA)) at which goods or services (e.g., a delivery) are to be made available. |



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

## How does this work?

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US

d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

c. Customers and Merchants

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

| a location at which the goods or services are to be made | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., dashers with their mobile devices) to determine a location at which the goods or services (e.g., delivery as a service) are to be made available (e.g., a delivery location and time of delivery). |

available; and



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

## How does this work?

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US

### d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

### c. Customers and Merchants

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

| | |
|---|---|
| a quantity of the goods or services to be made available, | The accused product utilizes the location, speed, direction, and the particular location toward which the wireless mobile devices are moving (e.g., dashers with their mobile devices) to determine a quantity of the goods or services (e.g., delivery ride distance, expected delivery time, etc.) to be made available, the determining being performed by one or more processors of a computer network (e.g., a smartphone). |

| | |
|---|---|
| the determining being performed by one or more processors of a computer network; and | **Dash Now: When it's busy out there**<br><br>When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.<br><br><br><br>https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US |



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US

d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

| | |
|---|---|
| presenting a result of the determining on a user interface | The accused product practices presenting a result of the determining (e.g. an estimated time of delivery, a delivery location and ride distance) on a user interface of the computer network (e.g. a smartphone). |

of the computer network.



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US



https://help.doordash.com/consumers/s/article/Customer-Where-is-my-order?language=en_US



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US