# EXHIBIT D

| US9852435B2 | Doordash ("The accused product") |
|---|---|
| 9. An apparatus effective to track potential purchasers, the apparatus comprising: | The accused product practices having an apparatus effective to track potential purchasers (e.g., drivers/dashers/customers).  https://www.doordash.com/en-US <br><br> d. Location Information <br><br> To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area. <br><br> https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |

| | |
|---|---|
| | We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.<br><br>*c. Customers and Merchants*<br><br>To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |
| a memory configured to store instructions; and | The accused product makes use of a memory configured to store instruction (e.g., a smartphone with memory unit enabled with the accused product). |



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

### Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

| | |
|---|---|
| | *d. Location Information*<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US<br><br>We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.<br><br>*c. Customers and Merchants*<br><br>To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |
| a processor configured to be in communication with the memory, wherein the processor is configured to execute the instructions to: | The accused product makes use of a processor (e.g. a smartphone with a processor enabled with the accused product) configured to be in communication with the memory (e.g. a smartphone with a memory unit enabled with the accused product), wherein the processor is configured to execute the instructions (e.g. a smartphone with a processor enabled with the accused product). |



https://www.doordash.com/en-US



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

### Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

<table>
<tr><td></td><td>

*d. Location Information*

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

*c. Customers and Merchants*

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

</td></tr>
<tr><td>

detect wireless mobile devices within a geographic region at two or more different points in time;

</td><td>

The accused product practices detecting wireless mobile devices (e.g., the mobile devices used by drivers/dashers) within a geographic region at two or more different points in time (e.g., the app will continuously track and update driver/dasher locations over time).

Additionally, a user (e.g., a customer) can request or book another delivery order while a first order has been in delivering process. Thus, a user's mobile device starts detecting other driver/dashers (e.g., via a driver's wireless mobile device enabled with the accused product) at different points of time.

</td></tr>
</table>

## Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

### d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

### c. Customers and Merchants

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

### Dash Now: When it's busy out there

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



**A geographical region**

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

| | |
|---|---|
| | Hotspots are displayed on the home screen of the Dasher app as flame icons and the surrounding area will appear red. They are dynamic meaning they change in real-time based on which merchants and zones are the busiest. You can refresh your phone often to see current hotspots. Sometimes hotspots will move and although you can follow them, areas that have been shown as hotspots before often will remain good areas to receive orders. Areas that are not busy will appear grey on the map.<br><br>The Dasher app will show you the hotspot closest to you by default, but you can click the "Show more hotspots" button at the bottom of the screen to see other nearby hotspots in your area.<br><br>https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US |
| discern a current location, a current speed, and a current direction of travel for the wireless mobile devices within the geographic region based on the detection of the wireless mobile devices; | The accused product practices discerning a location, speed and direction of the wireless mobile devices (e.g., the app will determine the location, speed and direction of various drivers/dashers so that said information can be displayed on the user's device and so that delivery times can be estimated) within the geographic region to discern a particular location toward which the wireless mobile devices are moving.<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location.  The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., dashers with wireless mobile device) are headed.<br><br>*d. Location Information*<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

c. Customers and Merchants

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

## Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

**How does this work?**

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation  type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US

Dash Now: When it's busy out there

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



A geographical region

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

| identify a set of the wireless mobile devices that are estimated to be within proximity of a particular location | The accused product practices identifying a set of the wireless mobile devices (e.g., drivers/dashers with wireless mobile device that are within the area of a restaurant) that are estimated to be within proximity of a particular location (e.g., a restaurant selected by the customer, the customer's delivery location, etc.) at a specified time or specified time period, based on the current location, the current speed, and the current direction of travel for the wireless mobile devices within the geographic region (e.g., based on a particular drivers current location, speed, and heading, an estimated delivery time at a particular location can be |

| at a specified time or specified time period, based on the current location, the current speed, and the current direction of travel for the wireless mobile devices within the geographic region; | determined).<br><br>*d. Location Information*<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US<br><br><br>We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.<br><br>*c. Customers and Merchants*<br><br>To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |



https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

## Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

### How does this work?

We use third-party mapping services to calculate how long each delivery should take – i..e pick up and delivery times (including traffic), while taking your chosen transportation  type (like car, bike, walking, etc.) into account. Learn more about vehicle types, including how to update yours, here.

Let's suppose you accept an order that is supposed to be picked up by 5:40pm and to be delivered by 6:00 pm. These times account for travel time estimates with traffic. If instead, you arrive to the store for pick up at 6:00 pm or arrive to the customer for delivery at 6:20pm, then this order will be considered extremely late.

https://help.doordash.com/dashers/s/article/Lateness-Based-Deactivations-Explained?language=en_US

| | |
|---|---|
| | **Dash Now: When it's busy out there**<br><br>When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.<br><br><br><br>https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US |
| retrieve demographic information related to the identified set of the wireless mobile devices; | The accused product practices retrieving demographic information (e.g., the app can pull driver/dasher name, location, etc.) related to the identified set of the wireless mobile devices (e.g., drivers/dashers with wireless mobile devices enabled with the accused product). |



https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

| retrieve historical information related to the identified set | The accused product practices retrieving historical information (e.g., reviews, ratings, etc.) related to the identified set of the wireless mobile devices (e.g., dashers with wireless mobile devices enabled with the accused product). |

| | |
|---|---|
| of the wireless mobile devices; | **Dasher Ratings Explained**<br><br>As a Dasher, you'll receive ratings that help you track your performance on the platform.<br><br>Ratings are calculated on a "rolling basis," so, as you dash, ratings from past deliveries will be replaced by ratings from more recent deliveries. Customers rate their food and their Dasher separately, so your rating should only reflect the customer's delivery experience.<br><br>Ratings determine if you're eligible to dash, and can also help you qualify for special programs and incentives.<br><br>https://help.doordash.com/dashers/s/article/Dasher-Ratings-Explained?language=en_US |

| Rating | Minimum Required |
|---|---|
| Customer Rating | 4.2 |
| Completion Rate | 80% |
| Acceptance Rate | No Minimum |
| On-time/Early Rate | Repeated lateness may result in deactivation |

## Customer Rating

Overall customer rating is a score from 1-5, calculated from the 100 most recent ratings submitted by customers on their delivery (not food) experience. This is called a rolling average, because new scores replace old scores, allowing Dashers to improve their rating by "flushing out" older lower scores with newer higher scores as they become more experienced. This means that even if you drop below a perfect 5.0, you can get back up to 5.0 if you continue to earn enough perfect scores.

https://help.doordash.com/dashers/s/article/Dasher-Ratings-Explained?language=en_US

| | |
|---|---|
| identify a portion of the identified set of the wireless mobile devices based on at least one of the demographic information or the | The accused product practices identifying a portion of the identified set of the wireless mobile devices (e.g. drivers/dashers with wireless mobile devices) based on at least one of the demographic information or the historical information (e.g. driver's name, location, reviews, ratings, etc.), wherein the identified portion is associated with goods or services (e.g. a delivery as a service) that are available proximate to the particular location at the specified time or specified time period.<br><br>As shown below, when a customer tries to order a food delivery, the accused product selects an available |

| historical information, wherein the identified portion is associated with goods or services that are available proximate to the particular location at the specified time or specified time period; and | driver/dasher based on the availability, ratings, current location, current time, etc.   https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f |

## Dasher Ratings Explained

As a Dasher, you'll receive ratings that help you track your performance on the platform.

Ratings are calculated on a "rolling basis," so, as you dash, ratings from past deliveries will be replaced by ratings from more recent deliveries. Customers rate their food and their Dasher separately, so your rating should only reflect the customer's delivery experience.

Ratings determine if you're eligible to dash, and can also help you qualify for special programs and incentives.

https://help.doordash.com/dashers/s/article/Dasher-Ratings-Explained?language=en_US

| Rating | Minimum Required |
|---|---|
| Customer Rating | 4.2 |
| Completion Rate | 80% |
| Acceptance Rate | No Minimum |
| On-time/Early Rate | Repeated lateness may result in deactivation |

## Customer Rating

Overall customer rating is a score from 1-5, calculated from the 100 most recent ratings submitted by customers on their delivery (not food) experience. This is called a rolling average, because new scores replace old scores, allowing Dashers to improve their rating by "flushing out" older lower scores with newer higher scores as they become more experienced. This means that even if you drop below a perfect 5.0, you can get back up to 5.0 if you continue to earn enough perfect scores.

https://help.doordash.com/dashers/s/article/Dasher-Ratings-Explained?language=en_US

## Where's my Dasher?

We've long offered detailed status updates on your order: from when it's been accepted, to when a Dasher has arrived at the restaurant, to when the food is on its way. But we wanted to go even further with order tracking and today we're introducing a new map to help you better see the status of your delivery. Now, when your Dasher is on the way to your delivery location, a map will appear on the order status tab with a real-time pin of the Dasher's location. No need to text and ask where your Dasher is at: now you'll always know. This feature will be rolling out across Android and iOS apps this week.

https://blog.doordash.com/new-features-to-better-find-track-and-rate-your-deliveries-f93a31e57e6f

### d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

We may share your information with our third-party service providers for certain business purposes. This information is provided in order for them to provide us services such as payment processing, advertising services, marketing partners, background and driver history check services, web analytics, data processing, IT services, Dasher support and other services.

### c. Customers and Merchants

To facilitate deliveries, we may share your information, including your contact information, vehicle information, location information, ratings, and other information with customers and our Merchants.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US

**Dash Now: When it's busy out there**

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



A geographical region

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US

Hotspots are displayed on the home screen of the Dasher app as flame icons and the surrounding area will appear red. They are dynamic meaning they change in real-time based on which merchants and zones are the busiest. You can refresh your phone often to see current hotspots. Sometimes hotspots will move and although you can follow them, areas that have been shown as hotspots before often will remain good areas to receive orders. Areas that are not busy will appear grey on the map.

The Dasher app will show you the hotspot closest to you by default, but you can click the "Show more hotspots" button at the bottom of the screen to see other nearby hotspots in your area.

https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US

*d. Location Information*

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US

| | |
|---|---|
| | *d. Location Information*<br><br>To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.<br><br>https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US |
| determine a quantity of the goods or services to be made available to users associated with the identified portion of the identified set of the wireless mobile devices, so as to facilitate provision of the determined quantity of the goods or services at the particular location at the specified time or specified time period to the users. | The accused product practices determining a quantity of the goods or services (e.g. delivery distance, delivery expected time, etc.) to be made available to users (e.g., a customer having mobile enabled with the accused product) associated with the identified portion of the identified set of the wireless mobile devices (e.g. users that are associated with a driver, "your dasher"), so as to facilitate provision of the determined quantity of the goods or services (e.g. a delivery with a particular distance and particular time) at the particular location at the specified time or specified time period to the users (e.g. delivery at a particular location at a particular time). |

Dash Now: When it's busy out there

When your area is busy, "**Dash Now**" gives you the option to start dashing right away. The heat map screen will be red, rather than gray (and the darker the red, the more orders there are available!), and you can click "**Dash Now**" to begin your dash.



**A geographical region**

https://help.doordash.com/dashers/s/article/New-Dasher-Roadmap?language=en_US



https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US&gl=US

d. Location Information

To participate as a Dasher, you must permit the Dasher Services to access location services through the permission system used by your mobile operating system ("Platform") or browser. We may collect the precise location of your device when the Dasher app is running in the foreground or background of your device. We may also derive your approximate location from your IP address. We use your location information to verify that you are present in your preferred region or city when you begin or engage in a delivery through the DoorDash Services (a "Dash"), connect you with delivery opportunities in your zone, and track the progress and completion of your Dashes. You can enable the location tracking feature through the settings on your device or Platform or when prompted by the Dasher mobile app. If you choose to disable the location feature through the settings on your device or Platform, DoorDash will not receive precise location information from your device, which will prevent you from being able to Dash and receiving delivery opportunities in your area.

https://help.doordash.com/dashers/s/privacy-policy-us?language=en_US